# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 4, 2020

## NO. 03-19-00579-CV

**Jacob McCreight, Appellant**

**v.**

**Wind River Crossing d/b/a Wind River Crossing, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, KELLY, AND SMITH**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on August 15, 2019. Having reviewed the record, the Court holds that Jacob McCreight has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.